United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                          Case No. 26-01563-HWV

Melissa Marie Caldwell                    Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                           User: AutoDocke                          Page 1 of 1

Date Rcvd: Jun 02, 2026                    Form ID: orfeedue                     Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**       **Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: mcaldwell17403@gmail.com | Jun 02 2026 18:50:00 | Melissa Marie Caldwell, 596 Green Valley Road, York, PA 17403-9518 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2026                           Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| Joseph P Schalk | on behalf of Asst. U.S. Trustee United States Trustee joseph.schalk@usdoj.gov ustpregion03.ha.ecf@usdoj.gov |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Melissa Marie Caldwell

Chapter 13

Case number 1:26−bk−01563−HWV

**Debtor(s)**

Document Number: 1

### **Order Filing Fee Due**

Finding that the fee in the amount of **$313.00** assessed in connection with the filing of the above referenced bankruptcy petition, has not been paid, it is hereby

**ORDERED** that the fee be paid in full on or before **June 11, 2026** or an order may be entered dismissing this case for failure to pay the filing fee.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge

Dated:  June 2, 2026

orfeedue(05/18)