IN RE:                                                      CASE NO.: 26-01563
                                                            CHAPTER 13

**Melissa Marie Caldwell,**
    **Debtor.**

_____/

## REQUEST FOR SERVICE

   **PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of U.S. Bank National Association, as Trustee, in trust on behalf of J.P. Morgan Mortgage Acquisition Trust 2006-CW2 ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

Robertson, Anschutz, Schneid, Crane &
Partners, PLLC
Attorney for Secured Creditor
130 Clinton Rd #202
Fairfield, NJ 07004
Telephone: 470-321-7112
Facsimile: 404-393-1425

By: /s/Jordan Katz
    Jordan Katz
    Email: jkatz@raslg.com

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that on June 9, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

MELISSA MARIE CALDWELL
596 GREEN VALLEY ROAD
YORK, PA 17403

And via electronic mail to:

JACK N ZAHAROPOULOS
STANDING CHAPTER 13
(TRUSTEE)
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036

UNITED STATES TRUSTEE
US COURTHOUSE
1501 N. 6TH ST
HARRISBURG, PA 17102

By: /s/ Amber Matas