United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Melissa Marie Caldwell

      Debtor

Case No. 26-01563-HWV

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: AutoDocke          Page 1 of 2

Date Rcvd: Jul 08, 2026          Form ID: pdf010          Total Noticed: 5

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: mcaldwell17403@gmail.com | Jul 08 2026 18:51:00 | Melissa Marie Caldwell, 596 Green Valley Road, York, PA 17403-9518 |
| 5808108 | + Email/Text: ebnnotifications@creditacceptance.com | Jul 08 2026 18:51:00 | Credit Acceptance, 25505 W Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 5813267 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 08 2026 18:57:37 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5809830 | + Email/Text: RASEBN@raslg.com | Jul 08 2026 18:51:00 | U.S. Bank National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 5814968 | + Email/Text: peritus@ebn.phinsolutions.com | Jul 08 2026 18:51:00 | Upstart Network, Inc, c/o Peritus Portfolio Services II, LLC, PO Box 1149, GRAPEVINE, TX 76099-1149 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | U.S. Bank National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2026          Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| Jordan Matthew Katz | on behalf of Creditor U.S. Bank National Association jkatz@raslg.com |
| Joseph P Schalk | on behalf of Asst. U.S. Trustee United States Trustee joseph.schalk@usdoj.gov  ustpregion03.ha.ecf@usdoj.gov |
| Matthew K. Fissel | on behalf of Creditor U.S. Bank National Association  as Trustee, in trust on behalf of J.P. Morgan Mortgage Acquisition Trust 2006-CW2 bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: : CHAPTER 13
:
MELISSA MARIE CALDWELL : CASE NO.: 1:26-bk-01563-HWV
:
DEBTOR :

## ORDER

Upon consideration of the Motions to Dismiss Chapter 13 Case with Prejudice filed by the United States Trustee and the Chapter 13 Trustee, Docs. 5, 11, and the hearing held on July 8, 2026, for the reasons stated on the record, it is

**ORDERED** that:

1. The Motions are **GRANTED** and the above-captioned case is dismissed.

2. Debtor is barred from filing in this district for a period of one (1) year from the date of this Order without prior Court Order.

3. With the exception of a motion for leave to file, the Clerk of Court for the Middle District of Pennsylvania is directed to restrict electronic filing and to decline to accept any future in-person filings for this Debtor for the same one (1) year period.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: July 8, 2026